UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                              CASE: R16-42810-PWB

BRIAN ALAN STULTS                                      CHAPTER 13
ANGELA BAKER STULTS

**Debtors**

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number:     1126
Check Date:        11/16/2020

| Payee Name | Amount |
|---|---|
| NETCREDIT | $9,097.77 |

Court Claim Number: 3

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

I further certify that I have on this day, November 17, 2020, electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICE OF JEFFREY B. KELLY

Respectfully submitted,

/s/_____
Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
maryidat@atlch13tt.com