UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| In re: | Case No. R16-42810-PWB |
|---|---|
| BRIAN ALAN STULTS<br>ANGELA BAKER STULTS<br>          Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/22/2016.

2) The plan was confirmed on 01/19/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2017.

5) The case was completed on 09/22/2020.

6) Number of months from filing to last payment: 46.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,448.00.

10) Amount of unsecured claims discharged without payment: $38,143.90.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $130,357.00 |
| Less amount refunded to debtor | $555.29 |
| **NET RECEIPTS:** | **$129,801.71** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,839.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$14,339.58** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK, FSB | Unsecured | 5,089.00 | 5,208.50 | 5,208.50 | 5,208.50 | 0.00 |
| AMERICAN EXPRESS CENTURION BA | Unsecured | 4,854.00 | 5,150.64 | 5,150.64 | 5,150.64 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 50.48 | 50.48 | 50.48 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 0.00 | 139.05 | 139.05 | 139.05 | 0.00 |
| CAPITAL ONE NA | Unsecured | 0.00 | 411.11 | 411.11 | 411.11 | 0.00 |
| CAVALRY SPV I, LLC. | Unsecured | 494.00 | 534.31 | 534.31 | 534.31 | 0.00 |
| CITIZENS BANK N.A. | Secured | 36,635.00 | 36,762.78 | 36,762.78 | 36,762.78 | 1,843.80 |
| DEPARTMENT STORE NATIONAL BA | Unsecured | 1,784.00 | 2,030.24 | 2,030.24 | 2,030.24 | 0.00 |
| MEMBERS FIRST CREDIT UNION | Unsecured | 852.00 | 970.95 | 970.95 | 970.95 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 786.00 | 786.71 | 786.71 | 786.71 | 0.00 |
| NETCREDIT | Unsecured | 8,829.00 | 9,097.77 | 9,097.77 | 9,097.77 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,256.00 | 4,383.75 | 4,383.75 | 4,383.75 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 583.00 | 583.37 | 583.37 | 583.37 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 570.00 | 618.37 | 618.37 | 618.37 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,266.00 | 1,266.82 | 1,266.82 | 1,266.82 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,220.00 | 2,255.78 | 2,255.78 | 2,255.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,019.00 | 1,019.16 | 1,019.16 | 1,019.16 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 13,071.00 | 13,544.00 | 13,544.00 | 13,544.00 | 0.00 |
| Medical Data Systems (MDS) | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| Medical Data Systems (MDS) | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| TD Auto Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank / HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/HH Gregg | Unsecured | 14,105.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Lowes | Unsecured | 5,180.00 | NA | NA | 0.00 | 0.00 |
| Nmac | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Onemain Financial/Citifinancial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stonegate Mortage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Bk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Lord & Taylor | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Rooms To Go | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Carmax Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 5,777.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 5,282.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 1,985.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 2,595.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kohls/Capital One | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GADOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| United Consumer Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mor | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wffnb Retail Srvs/Mattress Firm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DINERS CLUB | Unsecured | 937.90 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Education Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 1,094.00 | 1,150.83 | 1,150.83 | 1,150.83 | 0.00 |
| WELLS FARGO BANK | Secured | 23,263.00 | 22,843.64 | 21,950.00 | 21,950.00 | 793.57 |
| WELLS FARGO BANK | Unsecured | NA | 0.00 | 893.64 | 893.64 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 3,923.00 | 4,016.50 | 4,016.50 | 4,016.50 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $58,712.78 | $58,712.78 | $2,637.37 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$58,712.78** | **$58,712.78** | **$2,637.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,111.98** | **$54,111.98** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $14,339.58 |
| Disbursements to Creditors | $115,462.13 |
| **TOTAL DISBURSEMENTS** : | **$129,801.71** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/03/2020        By: /s/ Mary Ida Townson
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRIAN ALAN STULTS | ) | |
| ANGELA BAKER STULTS | ) | CASE NO. R16-42810-PWB |
| | ) | |
| DEBTORS | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   BRIAN ALAN STULTS
   57 TALKING LEAVES COURT
   ACWORTH, GA  30101

   ANGELA BAKER STULTS
   57 TALKING LEAVES COURT
   ACWORTH, GA  30101

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   LAW OFFICE OF JEFFREY B. KELLY

DATED:  12/03/2020

                                                    /S/
                                     Mary Ida Townson, Chapter 13 Trustee
                                     State Bar No. 715063
                                     285 Peachtree Center Ave
                                     Suite 1600
                                     Atlanta, GA  30303-1229
                                     (404) 525-1110
                                     maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**